UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                              :       Chapter 11

THOMAS G. DRAUSCHAK, Jr.                 :

       Debtor                                           :       Bankruptcy No. 12-17697

................................................

ORDER

................................................

       AND NOW, this 28th day of December 2012, for the reasons given in the accompanying statement, it is hereby ordered that:

       1. The bankruptcy stay is terminated pursuant to 11 U.S.C. § 362(d) to permit Sovereign Bank (or its assignee) to exercise its state law rights to foreclose upon and recover possession of the real property located at 1411-1451 Prizer Road, Pottstown, Pennsylvania;

       2. The bankruptcy stay is terminated pursuant to 11 U.S.C. § 362(d) to permit Sovereign Bank to exercise its state law rights, if any, to enforce the parties' stipulation, entered into in state court C.A. 2010-11279-TT in November 2010, regarding Sovereign's right to inspect its collateral;

       3. The bankruptcy stay is terminated pursuant to 11 U.S.C. § 362(d) to permit the debtor to prosecute his appeal from the stipulated judgment in foreclosure entered into in state court C.A. No. 2010-02270-CO;

       4. Finally, it is ordered that the provision of Fed. R. Bankr. P. 4001(a)(3) is

in effect and thus this order is effective 14 days after its entry.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Mr. Thomas G Drauschak, Jr.
1451 Prizer Rd
Pottstown, PA 19456

John E. Kaskey, Esq.
Braverman Kaskey, P.C.
1650 Market Street, 56th Floor
Philadelphia, PA 19103

Deirdre M. Richards, Esq.
Lamm Rubenstone LLC
1608 Walnut Street, Suite 804
Philadelphia, PA 19103